1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

LISA M. ASANI,                          ) Case No. CV 13-0032 JCG
                                        )
12              Plaintiff,              )
                                        )
13        v.                            ) **JUDGMENT**
                                        )
14  CAROLYN W. COLVIN, Acting           )
    Commissioner of the Social Security )
15  Administration,                     )
                                        )
16              Defendant.              )
                                        )
17                                      )
                                        )
18  _____     )

19
20        IT IS ADJUDGED that the decision of the Commissioner of the Social

21  Security Administration is **AFFIRMED**.

22
23
24  Dated: September 27, 2013

25                                      _____
26                                              Hon. Jay C. Gandhi
                                        United States Magistrate Judge
27
28